United States District Court
WESTERN DISTRICT OF WASHINGTON

DEVELOPERS SURETY AND INDEMNITY
COMPANY,

       v.

WOODLAND PARK TOWNHOMES, LLC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C18-1206RSL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    DSIC's motion for default judgment is GRANTED IN PART. The Court hereby DECLARES as follows:

    1. DSIC is not obligated to defend, nor indemnify against damages, Woodland Park Townhomes LLC in the matter of <u>Woodland Park Townhomes Homeowners Association v. Woodland Park Townhomes, LLC</u>, No. 17-2-24978-5 SEA (King Cty. Sup. Ct.) under Commercial General Liability Policy No. BIS0019539-0 ("the Policy");

    2. All the property damage alleged in <u>Woodland Park Townhomes Homeowners Association v. Woodland Park Townhomes, LLC</u>, No. 17-2-24978-5 SEA (King Cty. Sup. Ct.) related to the Townhomes' structures, but not the foundational steel decking and fabrication, occurred after Policy No. BIS0019539-0 expired;

    3. All the property damage alleged in <u>Woodland Park Townhomes Homeowners Association v. Woodland Park Townhomes, LLC</u>, No. 17-2-24978-5 SEA (King Cty. Sup. Ct.) occurred after Urban Construction Company, LLC completed its operations for Woodland Park;

4. Urban Construction Company, LLC (a) was not an additional insured under its contractors' or subcontractors' commercial general liability ("CGL") policies; (b) failed to obtain certificates of insurance from its contractors or subcontractors; (c) did not obtain hold harmless agreements from its contractors and subcontractors indemnifying it against all loss related to work the contractors or subcontractors performed for Urban Construction Company, LLC; and (d) Urban Construction Company, LLC's contractors' or subcontractors' CGL policies failed to provide insurance in amounts equal to or greater than Policy No. BIS0019539-0;

5. DSIC has no further obligations to Woodland Park Townhomes, LLC under Policy No. BIS0019539-0 regarding <u>Woodland Park Townhomes Homeowners Association v. Woodland Park Townhomes, LLC</u>, No. 17-2-24978-5 SEA (King Cty. Sup. Ct.).

|  |  |
|---|---|
| April 22, 2019 | William M. McCool |
|  | Clerk |
|  | /s/Sharita Tolliver |
|  | By, Deputy Clerk |